Byers v. Butterfield.

<hr/>

WM. BYERS, Appellant, *v.* JOHN BUTTERFIELD, Respondent.

*Practice—Final Judgment.*—The granting of a new trial is not a final judgment, and no appeal lies from it.

*Appeal from Greene Circuit Court.*

*Lindenbower*, for appellant.

BAY, Judge, delivered the opinion of the court.

Upon the trial of this cause in the court below the plaintiff obtained a judgment, whereupon the defendant, in due time, filed his motion for a new trial, which motion was sustained. The plaintiff then moved to set aside the order of the court granting a new trial, which was overruled. The plaintiff then took a voluntary nonsuit, and now appeals to this court.

The action of the court below in granting a new trial was not a final judgment or decision, and no appeal lies from it.

Let the appeal be dismissed. The other judges concur.